[No. 3116.    Decided January 8, 1900.]

CLAUS SKAVDALE, et al , *Appellants*, v. WILLIAM H. MOYER, *Sheriff of King County, Washington, Respondent.*

Appeal from Superior Court, King County.—HON. E. D. BENSON, Judge.

*John E. Humphries, W. E. Humphrey and Harrison Bostwick,* for appellants.

*John G. Barnes,* for respondent.

REAVIS, J.—This cause was heard and determined, and is reported in 21 Wash. 10 (56 Pac. 841). A rehearing thereafter was granted, and, upon further consideration and reargument, the court has arrived at the same conclusion.

The decision heretofore announced is approved.

GORDON, C. J., and FULLERTON, J., concur.

DUNBAR, J.—As upon the former hearing, I dissent.